# In The United States Court of Federal Claims

## Cover Sheet

06-424 C

Plaintiff(s) or Petitioner(s)
Ameristar Financial Servicing Company, LLC.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Andrew Grosso

Firm Name: Andrew Grosso & Associates

Post Office Box:

Street Address: 2121 K Street, NW, Suite 800

City-State-Zip: Washington, DC 20037

Telephone & Facsimile Numbers: 202 261 3593 (phone) 202 261 3595 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6614 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 3 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. Breach of Contract Claim and Takings Claim against the Federal Deposit Insurance

Agency Identification Code: ☐ ☐ 0
See attached sheet for three-digit codes.

Amount Claimed: $ 304,566.33
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.