**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERISTAR FINANCIAL SERVICING COMPANY, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-424C (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME</u>**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 45 calendar days, to and including September 7, 2006, in which to respond to plaintiff's complaint. Defendant's response is presently due July 24, 2006. This is defendant's first request for an enlargement of time. Counsel for the United States has conferred with plaintiff's counsel, and plaintiff's counsel has indicated that he opposes this extension and will file an opposition to a request over 21 days.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the complaint. We timely requested a litigation report from the appropriate government agency, the Federal Deposit Insurance Corporation ("FDIC"), but have not yet received such report, because counsel for the FDIC has been unable to collect all of the information regarding plaintiff's claim and the potential legal issues that we have raised with her. <u>See</u> 28 U.S.C. § 520. Further, agency counsel has indicated that she will be unavailable for part of August, which will limit our ability to consult with the agency in preparing the Government's response. Thus, the additional time requested is necessary for counsel to adequately investigate this case so that we may appropriately respond to plaintiff's complaint.

In addition, there are several other matters that are affecting counsel's schedule that have deadlines in late July and August. Specifically, counsel has several anticipated filings in a bid protest in 210 Earll v. United States, No. 06-360 (Fed. Cl.); pretrial matters, including the meeting of counsel and pretrial statement of law and fact for Jaynes v. United States, No. 04-856 (Fed. Cl.); and the completion of discovery and preparation of a motion for summary judgment in Dick Pacific v. United States, No. 05-462 (Fed. Cl.).

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

July 17, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 17, 2006, a copy of foregoing "FIRST MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager