FILED WITH THE COURT
SEP 13 2001

EICHENBAUM, KANTROWITZ, LEFF & GULKO, L.L.C.
140 Sylvan Avenue - PO Box 1680
Englewood Cliffs, NJ 07632-0580
201-302-5100
Attorneys for Plaintiff
EKLG NO: 98003850

RECORDED AS A LIEN

| | |
|---|---|
| SUPERIOR BANK FSB, SERVICING DIVISION<br><br>Plaintiff<br><br>-VS-<br><br>NFL INDUSTRIES and JOSEPH SUAREZ<br><br>Defendant(s) | DOCKET NO: BER L 1488-00<br><br>SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>BERGEN COUNTY<br><br>CIVIL ACTION<br>ORDER |

261780 - 01

This matter being opened to the Court by Eichenbaum, Kantrowitz, Leff & Gulko, LLC attorneys for Plaintiff; the Court having duly considered the papers submitted herein; and, for good cause shown,

IT IS ON THIS 13th DAY of September 2001

*ORDERED*, that any dismissal for lack of prosecution previously entered herein shall be and is hereby set aside and vacated; and it is further;

*ORDERED*, that Default shall be and is hereby entered in favor of the Plaintiff, SUPERIOR BANK FSB, SERVICING DIVISION and against the defendant(s), NFL INDUSTRIES and JOSEPH SUAREZ, and it is further.

*ORDERED*, that Judgment by Default shall be and is hereby entered in favor of the Plaintiff, SUPERIOR BANK FSB, SERVICING DIVISION and against the defendant(s), NFL INDUSTRIES and JOSEPH SUAREZ in the amount of $304,566.53, plus costs of suit.

JSC

OPPOSED ______

UNOPPOSED ✓

P727

UNOPPOSED

064