VIA FAX845 357 8955
November 30, 2001
ATTN:Carl Marinaccio
RE:Joseph and Elizabeth Suarez
4 Tarin Court
Woodcliff Lake, NJ 07675
ACCT#800287070

Superior™ Bank FSB
Servicing Division

Dear Carl,

Pursuant to our conversation, Superior Bank FSB, Servicing Division, as servicing agent for LaSalle Bank National Association, agrees to accept $550,000.00 or the net proceeds from the sale of the aforementioned property, whichever is greater, as satisfaction of the above mentioned loan to be paid no later than November 30, 2001.

In exchange for the monies to be paid on or before November 30, 2001 . Superior Bank FSB, shall issue or shall cause to be issued a Discharge of Mortgage and cancellation of the Note. If this letter does not embody what you perceive to be our agreement, please indicate this in writing within five (5) business days.

In addition, the payment of the aforesaid $550,000.00 the judgement #J-261780-2001entered October 15, 2001 by Superior Bank FSB in the amount of $304,556.53 issued against Joseph and Elizabeth Suarez and NFL Industries shall be discharged and a satisfaction of judgement shall be issued upon receipt of the aforesaid amount of $550,000.00. This will release the parties of any and all liability associated with Superior Bank FSB and LaSalle Bank National Association, with the understanding that the $100,000.00 mortgage being signed by Joseph Suarez and Donna Bello being held by the lender Superior Bank FSB, dated 9/10/01 and signed on 11/30/01 will be a lien placed against the subject premises and will be the only obligation owed to Superior Bank FSB and LaSalle Bank National Association.

ATTN:Kevin Lynch
Litigation Department
Superior Bank FSB
One Ramland Road
Orangeburg, NY 10982

Please fax copy of payoff check *along with* copy of airbill when check is cut to 845 680 4142.

Very truly yours,

Kevin Lynch

Litigation Department
Superior Bank, FSB - Servicing Division