# APPENDIX


| Document | Page |
|---|---|
| "FDIC, OTS Announce Agreement With Holding Companies of Superior Bank," FDIC Press Release (Dec. 10, 2001) | 1 |
| Limited Power of Attorney from FDIC to Richard Wonderlic, Ameristar Financial (Dec. 20, 2001) | 2 |

## Press Releases

*Joint Release*

**Federal Deposit Insurance Corporation**
**Office of Thrift Supervision**

# FDIC, OTS ANNOUNCE AGREEMENT WITH HOLDING COMPANIES OF SUPERIOR BANK

**FOR IMMEDIATE RELEASE**
**FDIC-PR-90-2001**

**December 10, 2001**

The Federal Deposit Insurance Corporation and the Office of Thrift Supervision announced today that they have reached a resolution with the holding companies of Superior Bank, FSB, Hinsdale, Illinois on all matters arising out of the operation and failure of Superior Bank. Under the terms of the agreement, the Superior holding companies and their owners (the Pritzker and Dworman interests) admit no liability and agree to pay the FDIC $460 million and other consideration. The initial payment of $100 million was made today. A promissory note for the remaining $360 million to be paid over 15 years at no interest has been provided to the FDIC. The note is supported by letter of credit from Bank One in the initial amount of $180 million, which will decline on a pro rata basis as the note is paid. The parties also agreed to share in recoveries from certain litigation relating to Superior Bank and for the FDIC to provide for indemnification on certain matters.

Superior was closed by the Office of Thrift Supervision on July 27, 2001. The FDIC was appointed receiver. On that date, OTS chartered a new institution and appointed the FDIC as its conservator. The FDIC transferred the insured deposits and nearly all the assets of Superior Bank into a new savings bank, Superior Federal. At the time of failure, Superior had assets of approximately $2 billion. The FDIC and the OTS are continuing their investigations of the circumstances surrounding the failure of Superior to determine the potential liability of entities not included in the agreement.

###

Attachments:

- Agreement PDF File (126 KB File - PDF Help or Hard Copy)
- Exhibit D PDF File (15 KB File - PDF Help or Hard Copy)
- Exhibit E PDF File (13 KB File - PDF Help or Hard Copy)
- Exhibit G PDF File (12 KB File - PDF Help or Hard Copy)
- Agency Parties Release PDF File (26 KB File - PDF Help or Hard Copy)
- Agency Parties Release - Schedule A PDF File (29 KB File - PDF Help or Hard Copy)
- Schedule B PDF File (10 KB File - PDF Help or Hard Copy)
- Schedule C PDF File (9 KB File - PDF Help or Hard Copy)
- Superior Parties Release PDF File (23 KB File - PDF Help or Hard Copy)
- Superior Parties Release - Schedule A PDF File (24 KB File - PDF Help or Hard Copy)
- Form of Note - Promissory Note PDF File (31 KB File - PDF Help or Hard Copy)
- Exhibit F - Form of Letter of Credit PDF File (44 KB File - PDF Help or Hard Copy)

APP-1

# LIMITED POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that the FEDERAL DEPOSIT INSURANCE CORPORATION, a Corporation organized and existing under an Act of Congress, hereinafter called the "FDIC", acting in its Receivership capacity as Receiver for Superior Bank, FSB.

WHEREAS, Superior Bank FSB designates the following employee of Ameristar Financial Servicing Company, LLC; 1425 Tri State Parkway, Suite 180, Gurnee, IL 60031, Richard E. Wonderlic, President, for the sole purpose of executing the documents outlined below.

WHEREAS, the undersigned has full authority to execute this instrument on behalf of the FDIC under Section C-17 of the Resolution of the FDIC's Board of Directors dated May 6, 1997, bearing Corporate Seal No. 063808.

NOW, THEREFORE, the FDIC, hereby appoints the following employee of Ameristar Financial Servicing Company, LLC; 1425 Tri State Parkway, Suite 180, Gurnee, IL 60031, Richard E. Wonderlic, President , as Attorney-in-Fact for the FDIC and grants the Attorney-in-Fact full power to act individually in the name, place and stead of the FDIC for the following **LIMITED** purposes:

(a) to execute, acknowledge and deliver to Ameristar Financial Servicing Company, LLC, assignments and transfers of any and all mortgages; deeds of trust; security agreements; collateral assignments; UCC financing statements, forms and continuations; liens; judgment lines and executions; and all other documents constituting security (collectively, "Collateral Instruments") for any of the Notes and Loans which were transferred by the FDIC to the Purchaser pursuant to a general assignment. This purpose does not include any power to execute any conveyance instrument or document relating to the ownership of Real Estate and/or Personal Property.

FDIC further grants to each Individual full power and authority to do and perform all acts necessary to carry into effect the powers granted by or under this Limited power of Attorney as fully as FDIC might or could do with the same validity as if all and every such act had been herein particularly stated, expressed and especially provided for.

This Limited Power of Attorney shall be effective November 14, 2001, and shall continue in full force and effect through November 14, 2003, unless otherwise terminated by any official of the FDIC authorized to do so by the Board of Directors of FDIC. At such time this Power of Attorney will be automatically Revoked.

APP-2

IN WITNESS WHEREOF, the FDIC by its duly authorized officer empowered by appropriate resolution of its Board of Directors, has caused these presents to be executed and subscribed in its name this 20 day of December, 2001.

**FEDERAL DEPOSIT INSURANCE CORPORATION**

**By:** ______________________

**Name:** **Donald W. Allen**

**Title:** **Supervisory Specialist**
**Dallas Field Operations**

**(CORPORATE SEAL)** **ATTEST:** Valerie J. Best

063973

**Name:** VALERIE J. BEST

**Title:** ASSISTANT EXECUTIVE SECRETARY

**Signed, sealed and delivered in the presence of:**

______________________
**Witness**

______________________
**Witness**

APP-3

**STATE OF TEXAS**

**COUNTY OF DALLAS**

On this 20 day of December, 2001, before me, a Notary Public in and for the State of Texas appeared Donald W. Allen, to me personally known, who, being by me first duly sworn did depose that he is Supervisory Specialist of Dallas Field Operations of the Federal Deposit Insurance Corporation (the "Corporation"), in whose name the foregoing Limited Power of Attorney was executed and subscribed, and the said Limited Power of Attorney was executed and subscribed on behalf of the said Corporation by due authority of the Corporation's Board of Directors, and the said Donald W. Allen acknowledged the said Limited Power of Attorney to be the free act and deed of said Corporation.

GLENDA WING
Notary Public, State of Texas
My Commission Expires 03-24-04

Glenda Wing
**Notary Public**
**My Commission Expires:** 3/24/2004

**UNITED STATES OF AMERICA**

**DISTRICT OF COLUMBIA**

On this 11 day of ~~December~~ January, 200~~1~~2, before me, Notary Public in and for the District of Columbia, personally appeared Valerie J. Best, to me known personally, who being by me first duly sworn did depose that she is Assistant Executive Secretary, of the Federal Deposit Insurance Corporation, the Corporation in whose name the foregoing Power of Attorney has been subscribed, who further said that the seal affixed to the said Power of Attorney is the corporate seal of the said Federal Deposit Insurance Corporation, and that the said Power of Attorney was subscribed on behalf of the said Corporation and its seal thereto affixed by due authority of the Corporation's Board of Directors, and the said Valerie J. Best, acknowledge the said Power of Attorney to be the free act and deed of the said Corporation.

Bonnie Sue O'Neill
**Notary Public, District of Columbia**
**United States of America**
**My commission expires:** February 28, 2002

APP-4