**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERISTAR FINANCIAL SERVICING COMPANY, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-424C |
| | ) | (Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 21 calendar days, to and including November 17, 2006, in which to reply to plaintiff's response to our motion to dismiss. Defendant's response is presently due October 27, 2006. This is defendant's first request for an enlargement of this deadline. Counsel for the United States has conferred with plaintiff's counsel, and plaintiff's counsel has indicated that he does not oppose this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's reply to the response to our motion to dismiss. Counsel for the Federal Deposit Insurance Corporation ("FDIC") is currently out of the office to attend to an unplanned personal matter. Further, there are several other matters that are affecting counsel for the defendant's schedule, including trial and pretrial filings for Jaynes v. United States, No. 04-856 (Fed. Cl.) (exhibits due October 16, 2006; objections and motions in limine due October 20, 2006; response to objections and motions in limine due October 25, 2006; reply to objections and motions in limine due October 27, 2006; pretrial conference scheduled for October 30, 2006; trial preparation scheduled October 30-November 3, 2006; trial scheduled November 6-9, 2006); a reply brief on

cross-motions for summary judgment in Dick Pacific v. United States, No. 05-462 (Fed. Cl.) (reply brief due October 30, 2006); and oral argument and the possible filing of a reply brief in a bid protest, Colorado Department of Human Services v. United States, No. 06-666 (Fed. Cl.) (oral argument scheduled for October 26, 2006).

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377

October 20, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on October 20, 2006, a copy of foregoing "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager