# SUPPLEMENTAL APPENDIX

## INDEX TO SUPPLEMENTAL APPENDIX

**DOCUMENT** **PAGE(S)**

Replacement of Conservator with Receiver, Office of Thrift Supervision, OTS Docket 17925 (May 31, 2002) . . . . . . . . . . 1-2

Complaint, Ameristar v. FDIC, Docket No. 1:06CV01651 (United States District Court for the District of Columbia, February 17, 2000) . . . . . . . . . . 3-15