IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERISTAR FINANCIAL SERVICING COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **CASE NO. 06-424C** |
| UNITED STATES OF AMERICA CORPORATION, | ) ) ) | **(Chief Judge Damich)** |
| Defendant | ) ) | |

**RCFC 7.1 CERTIFICATE**

I, Andrew Grosso, the undersigned counsel of record for Plaintiff, Ameristar Financial Servicing Company, LLC ("Ameristar"), hereby certify that to the best of my knowledge and belief, the following are the parent companies of Plaintiff Ameristar:  Plaintiff Ameristar is wholly owned by the Ameristar Financial Company, which is wholly owned by the Wonderlic Financial Holdings Corp. ("WFHC").  WFHC is a privately held company.  None of these companies have outstanding securities in the hands of the public.

Respectfully submitted,

Andrew Grosso (D.C. Bar No. 358326)
Andrew Grosso & Associates
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
Tel.:  (202) 261-3593
Fax:  (202) 261-3595