**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERISTAR FINANCIAL SERVICING COMPANY, LLC, | ) | |
| Plaintiff, | ) | No. 06-424C |
| v. | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO STAY PROCEEDINGS**

The United States, after consultation with opposing counsel and upon behalf of both parties, requests that the Court stay proceedings in the above-captioned case. There are no deadlines currently pending, but the parties have fully briefed the Government's motion to dismiss.

As noted in the Government's reply brief, on September 25, 2006, Ameristar filed suit against the Federal Deposit Insurance Corporation (the "FDIC"), Superior Bank (with the FDIC as receiver), and Superior Federal (with the FDIC as conservator) in Federal district court. In the context of the Federal district court litigation, the FDIC and Ameristar have been engaged in settlement negotiations regarding the same claims that are before this Court, and believe that this matter may be fully resolved without the further involvement of either court. The parties believe that it is in the interest of the parties and of judicial economy to stay this case so that the FDIC and Ameristar can finalize any settlement agreement and dismiss all pending claims before both courts. The parties proposes that they file a joint status report within 60 days to inform the Court of the status of any settlement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

/s/ Mark A. Melnick by Donald E. Kinner
MARK A. MELNICK
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
steven.mager@usdoj.gov

Attorneys for Defendant

February 7, 2007

CERTIFICATE OF FILING

I hereby certify that on this 7th day of February 2007, a copy of the foregoing "Joint Motion to Stay Proceedings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice